M. P. No. 1271. MEREDITH M. EIDAM *v.* LUTHER P. EIDAM *et al.* Motion for leave to file petition for certiorari denied. *Mar-*

tin Johnson, for petitioner. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for respondents.